UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 08-21155-CIV-MORENO

ALFONSO URIBE, Plaintiff and all others similarly situated under 29 USC 216(B),

    Plaintiff,

vs.

EL BEACON BAKERY CAFE, INC., RAUL BELLO, and ARMANDO VALLADARES,

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL

THIS MATTER is before the Court upon a *sua sponte* review of the record. It is

**ADJUDGED** that this action is **DISMISSED** without prejudice, as the Plaintiff failed to file a motion for default final judgment by **June 30, 2008**, as ordered by the Court. This case is closed.

DONE AND ORDERED in Chambers at Miami, Florida, this 24th day of July, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record